172 So. 675

## SULLIVAN v. TOWN OF HODGES.

### 8 Div. 410.

Court of Appeals of Alabama.

Feb. 16, 1937.

Travis Williams, of Russellville, for appellant.

W. H. Key, Jr., of Russellville, for appellee.

RICE, Judge.

Appeals from convictions for violating the terms of municipal ordinances, in so far as *procedure* in this court is concerned, are governed by the rules obtaining in appeals from judgments in civil cases. Casteel v. City of Decatur, 215 Ala. 4, 109 So. 571.

Applying, as we must (Code 1923, § 7318), those rules to the instant appeal, we are forced to affirm the judgment of conviction. And it is so ordered.

Affirmed.